AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

William Newhall

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 12411 PBS

TO: (Name and address of Defendant)

William Newhall
41 Union Court
Lynn, MA 01902

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-01-03

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 8, 2004

I hereby certify and return that on 3/6/2004 at 12:40 pm I served a true and attested copy of the summons, complaint, civil cover sheet, corporate disclosure, case cover sheet and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of WILLIAM NEWHALL, 41 Union Court, Lynn, MA 01902, and by mailing 1st class to the above address on 3/8/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($6.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $40.90

Deputy Sheriff Raymond Therrien

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.