UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | Case No.: **03cv12411 PBS** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |
| William Newhall | |
| Defendant | |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **William Newhall**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_____
Date

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 8 day of April, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Attorney Michael A. Contant
King, Stawicki & Contant
454 Broadway
Suite 205
Revere, MA 02151

_____
John M. McLaughlin, Esq.