UNITED STATES DISTRICT COURT
- DISTRICT OF MASSACHUSETTS (Eastern Division)

FILED
CLERKS OFFICE

CASE NO.: 03CV 12411 PBS

2001 APR 23  A 11: 54

DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| DIRECTV, INC.,<br>Plaintiff | ) )<br>) | |
| v. | )<br>) | DEFENDANT'S SUGGESTION OF<br>BANKRUPTCY |
| WILLIAM NEWHALL,<br>Defendant | )<br>)<br>) | |

Now comes the defendant, William Newhall, and suggests to this Honorable Court that he

has filed a petition in bankruptcy on April 20, 2004, in the United States Bankruptcy Court for the

District of Massachusetts, Docket No. 04-13279-JNF and he was duly adjudicated a bankruptcy

in accordance with the United States Bankruptcy Code, and that said bankruptcy proceedings are

still pending.

WHEREFORE, the defendant, William Newhall, moves that the above-captioned matter

be stayed and continued to await his discharge in Bankruptcy.

Respectfully submitted,
WILLIAM NEWHALL, defendant
By his attorney,

MICHAEL A. CONTANT / 641342
King, Stawicki & Contant
454 Broadway, Suite 205
Revere, MA 02151
(781) 284-2900

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid, on this date.

Date: 4/2 &/04

MICHAEL A. CONTANT