

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

NOV 08 '04 AM 11:22 USB

| | |
|---|---|
| In re<br>WILLIAM NEWHALL,<br><br>      Debtor. | Case No.  04-13279-jnf<br><br>Chapter: 7<br><br>Adv. No.  *04-1240*<br><br>MOTION REGARDING FEDERAL<br>DISTRICT COURT ACTION |
| DIRECTV, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM NEWHALL,<br><br>      Defendant. | |

The parties jointly move this court for an order:

1.  Dismissing without prejudice, DIRECTV's Complaint to Determine Dischareability of Debt Under 11 U.S.C. § 523;

2.  Reinstating and allowing the case of DIRECTV, Inc. vs. William Newhall; USDC Docket No.: 03cv12411 PBS (hereinafter "the underline action") to proceed in the Eastern Division Federal District Court for Massachusetts;

3.  Providing that the underling action will no longer be stayed due to this bankruptcy or affected by any discharge granted in this bankruptcy;

4.  Requiring the Plaintiff to amend, with the District Court's approval, its Complaint to withdraw the Sixth Claim based upon 18 U.S.C. §2512(1)(b)

and to remove any references in the Complaint as to civil liability based
exclusively on mere possession of the subject devices;

5.    Providing that should the fact-finder in the United States District Court enter
judgment against Defendant in the aforementioned existing action, as
amended, the total amount of said judgment, based upon counts enumerated
herein, would be non-dischargeable, pursuant to 11 U.S.C. § 523.

As grounds for this motion, the parties submit their stipulation herewith.

Respectfully submitted for DIRECTV, Inc.
By Its Attorney,

10/13/04
Date

John M. McLaughlin (BBO: 556328)
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Phone: (413) 586-8218
Direct Line: (413) 586-0865
Fax: (413) 584-6278

Respectfully submitted for William Newhall
By his Attorney,

_____
11/4/04
Date

Michael A. Contant
King, Stawicki & Contant
454 Broadway
Suite 205
Revere, MA 02151
Phone: (781) 284-2900