

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re<br>WILLIAM NEWHALL,<br>Debtor. | Case No. 04-13279-jnf<br><br>Chapter: 7 |
|---|---|
| DIRECTV, Inc.,<br>Plaintiff,<br>v.<br>WILLIAM NEWHALL,<br>Defendant. | Adv. No. 04-1240<br><br>MOTION REGARDING FEDERAL DISTRICT COURT ACTION |

The parties jointly move this court for an order:

1. Dismissing without prejudice, DIRECTV's Complaint to Determine Dischareability of Debt Under 11 U.S.C. § 523;

2. Reinstating and allowing the case of DIRECTV, Inc. vs. William Newhall; USDC Docket No.: 03cv12411 PBS (hereinafter "the underline action") to proceed in the Eastern Division Federal District Court for Massachusetts;

3. Providing that the underling action will no longer be stayed due to this bankruptcy or affected by any discharge granted in this bankruptcy;

4. Requiring the Plaintiff to amend, with the District Court's approval, its Complaint to withdraw the Sixth Claim based upon 18 U.S.C. §2512(1)(b)

11/23/2004 Motion allowed.