**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **1:03-cv-12411 PBS** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR ENTRY OF DEFAULT** |
| ) | |
| **William Newhall** ) | |
| ) | |
| Defendant ) | |

    Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **William Newhall**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

| | |
|---|---|
|   7/8/2005   |   /s/ John M. McLaughlin   |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061-0210 |
| | (413) 586-0865 |

Page 1

### CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 8th day of July, 2005, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

William Newhall
41 Union Court
Lynn, MA 01902

                                                 /s/ John M. McLaughlin
                                                John M. McLaughlin, Esq.