**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: 1:03-cv-12411-PBS |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. ) | |
| ) | |
| **William Newhall** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On May 24, 2005, the Plaintiff filed an Amended Complaint against the Defendant, **William Newhall**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On May 24, 2005, the said Defendant was served the amended complaint by 1st class mail.

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

6. I have had a phone conversation with this Defendant wherein he advised me that he probably could not afford an attorney and I advised him that he should at least attempt to respond in some manner, but he has yet to do so.

7. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

                                       Respectfully Submitted for the Plaintiff,
                                       DIRECTV, INC.
                                       By Its Attorney,

 7/8/2005                             /s/ John M. McLaughlin
Date                                John M. McLaughlin (BBO: 556328)
                                       **Green Miles Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061-0210
                                       (413) 586-0865