UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                Civil Action
                                                No: 03-12411-PBS

DirecTV, Inc.
Plaintiff

v.

William Newhall
Defendant

## NOTICE OF DEFAULT

      Upon application of the Plaintiff for an order of Default for failure of the Defendant, William Newhall, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 11, 2005.

                                              Sarah Thornton
                                              Clerk

                                              By: /s/ Robert C. Alba
                                                   Deputy Clerk

Date: July 11, 2005

Notice mailed to counsel of record and defendant(s).