UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                        Civil Action
                                                                                       No: 03-12411-PBS

DirecTV, Inc.
Plaintiff

v.

William Newhall
Defendant


PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                                             July 11, 2005

     On July 11, 2005, a notice of default was issued as to the Defendant, William Newhall, pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before August 11, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.


                                                                                                By the Court,


                                                                                 /s/ Robert C. Alba
                                                                                Deputy Clerk