UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, INC., a California Corporation, )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>WILLIAM NEWHALL  )<br>    Defendant  )<br>  ) | CIVIL ACTION NO.: 03-12411 PBS |

FILE AND ANSWER

FILE A MOTION TO VACATE DEFAULT WITH AFFIDAVIT

Now come the Defendant and moves this Honorable Court to vacate default, which has been, enter against him, as reason, the defendant affidavit:

1. My Name: William Newhall, Defendant.
2. I was notified of this Default on August 1, 2005.
3. Prior to the default I had to retain legal consuls and delivered my files to Attorney Michael A. Contant.
4. I could not afford counsel.
5. Attorney Michael A. Contant Subsequently withdrew from this Civil Action.
6. I believe I have viable defense.
7. It is in the interest of Justice that this motion be allowed.

Signed and Sworn under the Penalty and Perjury

Dated: 8/08/05

Respectfully submitted,

*William Newhall* (signature)

Pro-Se Defendant,
WILLIAM NEWHALL
41 Union Court
Lynn, MA 01902
(781) 581-5741