UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, INC., a California Corporation, )<br>Plaintiff )<br>)<br>v. )<br>)<br>WILLIAM NEWHALL )<br>Defendant )<br>) | CIVIL ACTION NO.: 03-12411 PBS |

### ,CERTIFICATE OF SERVICE

I, William Newhall Pro-Se Defendant, hereby certify that on the 8-day of August 2005, a copy of the foregoing Motion to Vacate Default, By way of US. Postal serve, Certified return receipt requested was sent to:

John M. McLaughlin
GREEN, MILES, LIPTON, WHITE & FITZ-GIBBON
77 PLEASANT STREET
POST OFFICE BOX 210
Northampton, MA 01061-0210

*/s/ William Newhall*
William Newhall

Dated: 8/08/05