UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DirecTV, Inc.
        Plaintiff(s),        CIVIL ACTION
                               NO. 03-12411-PBS
    v.

William Newhall
        Defendant(s).

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                         September 27, 2005

      The Scheduling Conference previously scheduled for October 17, 2005, at 2:00 p.m., has been **rescheduled** to **October 17, 2005, at 3:45 p.m.**

**NOTE: Change is to time only.**

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                   Deputy Clerk

Copies to: All Counsel

resched.ntc