**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DirecTV, Inc.**            ) | Case No.: 03-cv-12411-PBS |
| )  | |
| Plaintiff    ) | **PLAINTIFF'S ASSENTED TO MOTION** |
| ) | **TO POSTPONE SCHEDULING** |
| vs.         ) | **CONFERENCE** |
| ) | |
| **William Newhall**    ) | |
| ) | |
| Defendant   ) | |
| ) | |

      Now comes the Plaintiff, and with the full assent of the Defendant, it moves this Court to postpone the scheduling conference presently scheduled for October 17, 2005 to some date certain at least three weeks from this date.

      As grounds for this Motion the Plaintiff's Counsel states that:

1. Plaintiff's Counsel is in substantive negotiations regarding the possible settlement of this matter, but will need more time to confer with his Client about possible resolutions;

2. The Pro Se Defendant has informed Plaintiff's Counsel that he is very ill and if this hearing could be avoided, it would be beneficial to the Pro Se Defendant.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's Counsel certifies that his office has conferred with Pro Se Defendant and Defendant fully assents to this Motion.

                                          Respectfully Submitted for the Defendant
                                          By his Counsel,

10/12/05                              /s/ John M. McLaughlin
Date                                      John M. McLaughlin (BBO 556328)
                                          Green, Miles, Lipton & Fitz-Gibbon LLP
                                          77 Pleasant Street
                                          P.O. Box 210
                                          Northampton, MA 01061-0210
                                          Telephone: (413) 586-0865