**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DirecTV, Inc.** | ) | Case No.: 03-cv-12411-PBS |
| | ) | |
| Plaintiff | ) | **AFFIDAVIT OF PLAINTIFF'S** |
| | ) | **ATTORNEY IN SUPPORT OF** |
| vs. | ) | **ASSENTED TO PLAINTIFF'S MOTION** |
| | ) | **TO POSTPONE SCHEDULING** |
| **William Newhall** | ) | **CONFERENCE** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

**FACTUAL ASSERTIONS**

1. I am in substantive negotiations regarding the possible settlement of this matter, but I will need more time to confer with my Client about possible resolutions;

2. The Pro Se Defendant has informed me that he is very ill and if this hearing could be avoided, it would be beneficial to the Pro Se Defendant.

Subscribed and sworn to under the pains and penalties of perjury

10/12/05                               /s/ John M. McLaughlin
Date                                    John M. McLaughlin

Page   1