**CERTIFICATE OF SERVICE**

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 12th day of October, 2005, a copy of the Assented to Motion to Postpone Scheduling Conference and the Affidavit in Support thereof were mailed first class to:

William Newhall
41 Union Court
Lynn, MA 01902

                                            /s/ John M. McLaughlin
                                            John M. McLaughlin, Esq.