UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03-cv-12411-PBS** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **William Newhall** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

11/11/05
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted by the Defendant

11/8/2005
Date

William Newhall
41 Union Court
Lynn, MA 01902

Page 1